

# NUMBER 13-14-00343-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

BELDON ROOFING COMPANY, **Appellant,**

**v.**

SUNCHASE IV HOMEOWNERS'
ASSOCIATION, INC., **Appellee.**

---

### On appeal from the 197th District Court
### of Cameron County, Texas.

---

# ORDER

### Before Chief Justice Valdez and Justices Perkes and Longoria
### Order Per Curiam

This cause is before the Court on Sunchase IV Homeowners Association, Inc.'s

motion to dismiss for lack of jurisdiction and Beldon Roofing Company's motion to stay

an arbitration set for August 11, 2014 before the Honorable Robert Garza. The Court

having fully considered the motions, the responses thereto, and the applicable law, is of

the opinion that Sunchase's motion to dismiss should be denied and that Beldon's motion to stay should be granted. Accordingly, Sunchase's motion to dismiss is hereby DENIED and Beldon's motion to stay is hereby GRANTED. The district court is ordered to stay all proceedings, including the arbitration set for August 11, 2014, pending further order of this Court or final disposition of this appeal.

It is so ORDERED.

PER CURIAM

Delivered and filed the
30th day of July, 2014.